RECEIVED
AND FILED DLS

1    NVB IA-11-2BK (Rev. 2/17)

2022 APR 19  A II: 14

2    Name, Address, Telephone No., Bar Number & E-mail address
TIMOTHY J. SILVERMAN, SCHEER LAW GROUP  (CA BAR #145264)
85 Argonaut, Ste 205

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

3    Aliso, Viejo, CA 92656
Tel: 949-263-8757 / TSilverman@scheerlawgroup.com

4

# UNITED STATES BANKRUPTCY COURT

5

## DISTRICT OF NEVADA

6

7                         \* \* \* \* \* \*

8

| | |
|---|---|
| In re: | )   BK-22-11201-mkn |
| FILIPINOFLASH, LLC | ) |
| | )   CHAPTER 11 |
| | ) |
| | )   VERIFIED PETITION FOR |
| | )   PERMISSION TO PRACTICE IN THIS |
| | )   CASE ONLY BY ATTORNEY NOT |
| | )   ADMITTED TO THE BAR OF THIS |
| | )   COURT |
| Debtor. | ) |
| | )   **EFFECTIVE JANUARY 1, 2015** |
| | )   **FILING FEE IS $250.00** |


___Timothy J. Silverman_____ , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Carlsbad_____ , _California_____ .

2. That Petitioner is an attorney at law and a member of the law firm of
_Scheer Law Group_____ , with offices at _____
_Aliso Viejo, CA and San Rafael, CA_____
_____
_____ , _____ , _____

3. That Petitioner has been retained personally or as a member of the law firm by

*Receipt #242657  $250.00*

 See Attached EX A _____ to provide legal representation in connection with the above-entitled case now pending before this Court.

4.  That since <u>1989</u>_____, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u>_____ where Petitioner regularly practices law.

5.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.                                      Date Admitted

| | |
|---|---|
| Southern District of CA | 1989 |
| Central District of CA | 1990 |
| Eastern District of CA | 1991 |
| Northern District of CA | 1991 |
| 9th Circuit Court of Appeals | 1991 |

6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
NONE _____
_____
_____
_____
_____ .

7.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of any denied admission):
NONE _____
_____
_____
_____ .

8.  That Petitioner is a member of good standing in the following Bar Associations:
California State Bar Association since 1989

_____

_____

_____

_____.

9.  Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city)
with which Petitioner is associated has/have filed application(s) to appear as counsel under Local
Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If
necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of
Nevada with respect to the law of this state governing the conduct of attorneys to the same extent
as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the
members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in
this jurisdiction and that the client has consented to such representation.


DATED:4/7/2022

_____
Petitioner's Signature

3

STATE OF <u>CALIFORNIA</u>   )

                        )

COUNTY OF <u>ORANGE</u>   )

<u>Timothy J. Silverman</u>   , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                           Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

_____ day of _____, _____.

_____Notary public

EXHIBIT "A"

Paragraph 3:

That Petitioner has been retained personally or as a member of the law firm by <u>TOTAL LENDER SOLUTIONS, INC.; DEL TORO LOAN SERVICING, INC.; ALLRISE REAL ESTATE CREDIT FUND, LP; ALLRISE DIRECT LENDING LLC D/B/A; ALLRISE FINANCIAL GROUP, INC.; ALLRISE CAPITAL, INC. (Formerly ) "ALLRISE FINANCIAL GROUP, INC.; ALLRISE INC.; ROYAL DEVELOPMENT, INC.; VLADIMIR NIKOLAYEVICH EVSEEV; RUSIAN ZUNUROV only</u> to provide legal representation in connection with the above-entitled case now pending before this Court.

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of ___Orange___ )

On __April 7th, 2022__ before me, __Kevin Michael Roger, Notary Public__
(insert name and title of the officer)

personally appeared __Timothy J. Silverman__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

KEVIN MICHAEL ROGER
Commission No. 2309692
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
Commission Expires October 20, 2023

Signature _____     (Seal)

SCHEER LAW GROUP, LLP
TIMOTHY J. SILVERMAN CA BAR #145264
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
Telephone: (949) 263-8757
Facsimile: (949) 308-7373
tsilverman@scheerlawgroup.com
AR.200-008S-B

Attorneys for Creditor
ALLRISE FINANCIAL GROUP, INC., its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bk. No. 22-11201-mkn |
| FILIPINOFLASH, LLC, | Chapter 11 |
| Debtor(s). | CERTIFICATE OF SERVICE BY MAIL |

I, Alisha Miller, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut, Suite 202, Aliso Viejo, CA 92656.

On April 20, 2021, I served the within VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

///

///

1

| **DEBTOR**<br>FILIPINOFLASH, LLC<br>3730 TOPAZ ST<br>LAS VEGAS, NV 89121 | **DEBTOR'S COUNSEL**<br>SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA<br>FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD<br>SUITE 220<br>LAS VEGAS, NV 89117 |
| --- | --- |
| **TRUSTEE**<br>BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101 | **TRUSTEE'S COUNSEL**<br>CARLOS R. HERNANDEZ-VIVONI<br>UNITED STATES DEPARTMENT OF<br>JUSTICE<br>UNITED STATES TRUSTEE, REGION 17<br>300 LAS VEGAS BLVD SOUTH, SUITE<br>4300<br>LAS VEGAS, NV 89101 |
| **U.S. TRUSTEE**<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 | |

[ X ]   (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Aliso Viejo, California.

[  ]   (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[  ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]   Executed on April 20, 2021, at Aliso Viejo, California.

[ X ]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

/s/ Alisha Miller
Alisha Miller

2