Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FILIPINOFLASH, LLC<br><br>Debtor. | Case No. 22-11201-mkn<br>Chapter: 11 Subchapter V<br><br>Date: June 1st, 2022<br>Time: 9:30 AM |

### DECLARATION OF DEBTOR'S REPRESENTATIVE, LAURA OHMAN, IN SUPPORT OF DEBTOR'S RESPONSE RE: ORDER TO SHOW CAUSE

1. Declarant is the managing member and 50% owner of Debtor. I have personal knowledge of the facts and circumstances stated herein. Such knowledge is based on my firsthand knowledge of the business and its operations.

2. As background, the Debtor business was formed in 2009 by a prior owner Rachel Donaire and her husband who is the Debtor's namesake, Nonito Donaire ("Donaire"), who is a Filipino professional boxer with multiple world championships in four different weight classes and is popularly known as *The Filipino Flash* due to his fast hand speed and punching power. See Wikipedia, the Free Encyclopedia, Nonito Donaire, at https://en.wikipedia.org/wiki/Nonito_Donaire.

3. Upon information and belief, Donaire opened the business in 2009 and used the business and the business property for hosting special events such as weddings, trade shows, corporate events, and training camps.

4. The 13,198 square feet, 9 bathrooms, and 2.37 acres of land the property has plenty of room for parking and hosting crowds. See Zillow Facts and Features at

https://www.zillow.com/homedetails/3730-Topaz-St-Las-Vegas-NV-89121/7090222_zpid/

5. Matt Lotze and I purchased the business in about 2021 to carry out these activities for the purpose of generating income from the property.

6. We are not new to this type of business. We have a long history of real estate business ownership, and we have owned several other properties (approx ~ 35 properties) in Big Bear Lake, CA where we have carried out the same type of business operations: short term rental for special events just like the Debtor business. We also have other properties used for long term rental including another property in Las Vegas.

7. When the Debtor filed its prior case in California, we reached an agreement with the chapter 7 trustee for a Dismissal of Case Upon Payment of Certain Claims and Conditions.

8. The stipulation called for payment of over $174,000 which included:

   i. $107,170 in property tax and Las Vegas Water charges

   ii. Broker's fees

   iii. Fees to Trustee's counsel

   iv. Fees to the Trustee's CPA

   v. Trustee's fees.

9. We paid all of the fees as called for in the Stipulation with the Chapter 7 Trustee.

10. While we dispute the validity of the lien with the single creditor in this case, the main purpose of the bankruptcy filing is to restructure the terms of the loan and lien. The current loan has onerous terms.

11. Our main purpose for filing the instant bankruptcy case is to restructure the terms of the loan and lien which encumbers the property.

I declare the foregoing under penalty of perjury and would be willing to testify regarding these items should I be asked to do so.

/s/ Laura Ohman
Laura Ohman
*Managing Member, Filipinoflash, LLC*