**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>    FILIPINOFLASH, LLC,<br><br>                    Debtor(s). | Case No. 22-11201-mkn<br>Chapter 11 |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Brian D. Shapiro having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $3,465.00. The case was dismissed with no plan confirmed and no plan payments made to the Trustee. Pursuant to 11 U.S.C. § 330(a), on June 13, 2022 the Court ordered compensation of $3,465.00 be awarded to the trustee (ECF No.53). These funds were paid by the debtor to the trustee on May 31, 2022. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: August 19, 2022                    By: */s/ Brian D. Shapiro, Trustee_____*
                                       Brian D. Shapiro, Trustee